UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

ANTHONY HICKEY,              )
                              )
           Plaintiff,         )
                              )
v.                               )        No.:    3:21-CV-88-TAV-HBG
                              )
CORE CIVIC MEDICAL STAFF,    )
                              )
           Defendant.      )

## **JUDGMENT ORDER**

For the reasons set forth in the memorandum opinion filed herewith, the Clerk is

**DIRECTED** to transfer this action to the Nashville Division of the Middle District of

Tennessee and close this Court's file.

**IT IS SO ORDERED.**

                            s/ Thomas A. Varlan
                            UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

        s/ John L. Medearis
         CLERK OF COURT